ADELE W. LEACH, Respondent, *v.* GEORGE PUTNAM SMITH, Appellant.

*Leach* v. *Smith,* 27 App. Div. 290, affirmed.
(Argued May 11, 1900; decided June 12, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Chauncey S. Truax* for appellant.

*William J. Lippmann* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CHARLES S. KENT, Appellant, *v.* ISAAC S. WEST, as Committee of ASA K. WEST, Respondent, Impleaded with Others.

*Kent* v. *West,* 33 App. Div. 112, appeal dismissed.
(Argued June 4, 1900; decided June 12, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made July 26, 1898, affirming an interlocutory judgment of Special Term sustaining a demurrer to the complaint.

*Charles S. Kent,* appellant, in person.

*Julie R. Jenney* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.